# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| REMY AUGUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-09-123-R |
| | ) |
| JOHN DOE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell entered February 25, 2009 [Doc. No. 6]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and this case is DISMISSED without prejudice due to Plaintiff's failure to pay the initial partial filing fee or to show cause for his failure to do so.

IT IS SO ORDERED this 20th day of March, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE